# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2013

### NO. 03-13-00289-CV

**T. D. J. and E. L. M. II, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's order of termination: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's order of termination is in all things affirmed. It **FURTHER** appearing to the Court that appellants have filed an affidavit of inability to pay costs, it is **FURTHER** ordered that no costs of appeal be assessed against appellants; and that this decision be certified below for observance.